**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TOMMY PHAM, on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED, | : : : | |
| *Plaintiff*, | : : | CIVIL ACTION NO. 17-2894 |
| v. | : : | |
| QUADGEN WIRELESS SOLUTIONS, INC., | : : | |
| *Defendant*. | : | |

**ORDER**

AND NOW, this 12th day of May, 2020, upon consideration of the parties' Joint Motion

for Approval of Settlement (ECF No. 44), and the Report and Recommendation of United States

Magistrate Judge Lynne A. Sitarski dated March 3, 2020 (ECF No. 47), to which no party has

filed any objection, it is hereby ORDERED that:

1.  The Report and Recommendation is APPROVED and ADOPTED.

2.  The parties' Joint Motion for Approval of Settlement is GRANTED, to the extent that the

    proposed "Confidential Release and Settlement Agreement" is approved, with the

    exception of Section II.A and Subsection II.A.1 (ECF No. 45 at 2–3), for the reasons set

    forth in detail in the Report and Recommendation.

3.  This action is DISMISSED with prejudice.


                                                BY THE COURT:


                                                /s/ C. Darnell Jones, II
                                                C. Darnell Jones, II    J.